UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**03  80071** CR-MIDDLEBROOKS

IN RE:                                    )

FEDERAL GRAND JURY 02-02 (WPB) )          *MAGISTRATE JUDGE JOHNSON*

_____ )

### MOTION TO SEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant

United States Attorney, and hereby requests this Honorable Court to seal this Motion, the Indictment

with all related documents, the Order to Seal Indictment, the Court's Sealing Cover Sheet, and the

Summons for Arrest with the exception of a copy of the Summons for Arrest to be provided to the

U.S. Marshals Service and the law enforcement agent whose name is noted on the summons, relative

to the above captioned matter until such time as the defendant(s) are/is arrested or further order of

the Court.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____

A. LOTHROP MORRIS
Assistant United States Attorney
Fla Bar No. 0095044
United States Attorney's Office
500 Australian Avenue, Suite 400
West Palm Beach, FL  33401
Tel: (561) 820-8711
Fax: (561) 820-8777
E-mail: Lothrop.Morris@usdoj.gov